*USA v. Brown*, Case No. 17-mj-524

# EXHIBIT 1

Name List | Pleadings/Orders | Services | Main Menu | Logoff

## Petersburg Circuit - Criminal Division
### Case Details

| Case Number:<br>CR09000322-02 | Filed:<br>10/16/2013 | Commenced by:<br>Reinstatement | Locality:<br>COMMONWEALTH OF VA |
|---|---|---|---|
| Defendant:<br>BROWN, CHARLES EDWARD; JR | Sex:<br>Male | Race:<br>Black (Non-Hispanic) | DOB:<br>03/31/**** |
| Address:<br>NEWPORT NEWS, VA 23608 | | | |
| Charge:<br>SC/DRVING AFTER DEC A HAB OFF | Code Section:<br>19.2-306 | Charge Type:<br>Felony | Class:<br>U |
| Offense Date:<br>10/11/2013 | Arrest Date:<br>10/13/2017 | | |

### Hearings

| # | Date | Time | Type | Room | Plea | Duration | Jury | Result |
|---|---|---|---|---|---|---|---|---|
| 1 | 10/16/2013 | 9:00AM | Show Cause | | | | | Capias-Defendant Arrested |
| 2 | 10/26/2017 | 9:00AM | Appoint Counsel | | | | | Def. Needs/Changes Attorney |
| 3 | 11/09/2017 | 9:00AM | Bond | | | | | Denied |
| 4 | 12/21/2017 | 9:00AM | Show Cause | | | | | Set For Trial |
| 5 | 01/23/2018 | 9:00AM | Show Cause | | | | | Continued Motion Of Defense |
| 6 | 01/25/2018 | 9:00AM | Show Cause | | | | | Continued Motion Of Defense |
| 7 | 03/01/2018 | 9:00AM | Show Cause | | | | | Continued Motion Of Defense |
| 8 | 04/26/2018 | 9:00AM | Show Cause | | | | | Dismissed |

### Final Disposition

| Disposition Code:<br>Dismissed | Disposition Date:<br>04/26/2018 | Concluded By:<br>Dismissal |
|---|---|---|
| Amended Charge: | Amended Code Section: | Amended Charge Type: |

| Jail/Penitentiary: | Concurrent/Consecutive: | Life/Death: |
|---|---|---|
| Sentence Time: | Sentence Suspended: | Operator License Suspension Time: |

| Fine Amount: | Costs: | Fines/Cost Paid: |
|---|---|---|
| Program Type: | Probation Type: | Probation Time: |
| Probation Starts: | Court/DMV Surrender: | Driver Improvement Clinic: |
| Driving Restrictions: | Restriction Effective Date: | |
| VA Alcohol Safety Action: | Restitution Paid: | Restitution Amount: |
| Military: | Traffic Fatality:<br>No | |

**Appealed Date:**

[ Name List ]  [ Pleadings/Orders ]  [ Services ]  [ Main Menu ]  [ Logoff ]

Build #: 3.8.0.1